NATIONAL ABORTION FEDERATION, Mark I. Evans, M.D., Carolyn Westhoff, M.D., Cassing Hammond, M.D., Marc Heller, M.D., Timothy R.B. Johnson, M.D., Stephen Chasen, M.D., and Gerson Weiss, M.D., Plaintiffs–Appellees,

v.

Alberto GONZALES, in his capacity as Attorney General of the United States, along with his officers, agents, servants, employees, and successors in office, Defendants–Appellants.

No. 04–5201–cv.

United States Court of Appeals, Second Circuit.

May 16, 2007.

Talcott Camp, Deputy Director, American Civil Liberties Union, New York, New York, for Plaintiffs–Appellees.

Elizabeth Wolstein, Assistant United States Attorney (Michael J. Garcia, United States Attorney for the Southern District of New York, on the brief), New York, New York, for Defendants–Appellants.

PRESENT: Honorable JON O. NEWMAN, WALKER, Honorable CHESTER J. STRAUB, Circuit Judges.

## SUMMARY ORDER

By order dated March 7, 2006, this court stayed further briefing on the issue of remedy pending the decision by the Supreme Court in *Gonzales v. Carhart*, No. 05–380. On April 18, 2007, the Supreme Court rendered its decision in *Carhart*, —— U.S. ——, 127 S.Ct. 1610, 167 L.Ed.2d 480 (2007), upholding the Partial–Birth Abortion Ban Act of 2003 against a facial attack identical to the one in this case. We requested supplemental briefing on the effect of that decision on this appeal, *Nat'l Abortion Fed'n v. Gonzales*, 489 F.3d 125, No. 04–5201–cv, 2007 WL 1238861 (2d Cir. Apr.25, 2007), and the plaintiffs-appellees have now conceded that *Carhart* precludes relief on their facial challenge.

Accordingly, it is hereby ordered that the opinion, partial judgment, and order to brief the issue of remedy in *National Abortion Federation v. Gonzales*, 437 F.3d 278 (2d Cir.2006), are **VACATED**. Further, our stay of briefing on the issue of remedy is **VACATED** as moot. The judgment of the district court is **VACATED**, and we **REMAND** the case with instructions to enter judgment for the government pursuant to *Carhart*.